DURATHERM, INC. and Duratherm
Group, Inc., Defendants–
Appellees,

and

Victor R. Reynolds and Steven R.
Heuer, Defendants–Appellees.

No. 2006–1024.

United States Court of Appeals,
Federal Circuit.

July 11, 2007.

ON MOTION

*ORDER*

Upon consideration of the motion of the Trustee in Bankruptcy for OnSite Technology to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Emmitt M. WEST, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3249.

United States Court of Appeals,
Federal Circuit.

July 12, 2007.

Emmitt M. West, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.